426 F.2d 290
 S. S. SILBERBLATT, INC. and The Sterling Company, Appellants,
v.
The RENEGOTIATION BOARD, Appellee.
 No. 517, Docket 33613.
 United States Court of Appeals, Second Circuit.
 Argued April 20, 1970.
Decided May 5, 1970.
 
 PER CURIAM.
 
 
 1
 The decision of the Tax Court, holding (1) the provisions of the Renegotiation Act of 1951, as amended (50 U.S.C. App. 1211 et seq.) to be applicable to excessive profits realized under a Capehart Act housing contract (42 U.S.C 1594-1594k; 12 U.S.C. 1748-1748h-3) and (2) such application to be constitutional, is affirmed on the opinion of Judge Mulroney, reported at 51 T.C. No. 89 (March 4, 1969).
 
 
 2
 Charles H. Tuttle, New York City (Breed, Abbott & Morgan, Edward J. Ross and Miriam C. Feigelson, New York City, of counsel), for appellants.
 
 
 3
 Ronald R. Glancz, Atty., Dept. of Justice, Washington, D.C. (William D. Ruckelshaus, Asst. Atty. Gen., Alan S. Rosenthal, Atty., Dept. of Justice, Washington, D.C., of counsel), for appellee.
 
 
 4
 ---------------
 
 
 
 1 Of the Southern District of New York, sitting by designation.